# Court of Appeals
# of the State of Georgia

ATLANTA, September 21, 2025

*The Court of Appeals hereby passes the following order*

**A26I0026. BARBOUR ORTHOPEDICS & SPORTS MEDICINE, P.C., et al v. JULIUS RICHARDSON.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

23A00751



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, September 21, 2025.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*, Clerk.*